IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

**Civil Action No.  99-CV-01763-REB-MJW**

ASPEN ORTHOPEDICS AND SPORTS, et al.,

Plaintiffs,

v.

ASPEN VALLEY HOSPITAL, et al.,

Defendants.

**MINUTE ORDER**

It is hereby ORDERED that Plaintiff's Amended D.C.COLO.LCivR 7.1(A) Certification Relating to Motion to Amend the Scheduling Order (docket no. 300) is GRANTED.

Dated:   July 8, 2005