IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 99-cv-1763-REB-MJW

STEVEN NADLER, M.D.,

    Plaintiff,

v.

ASPEN VALLEY HOSPITAL, INC., *et al.*,

    Defendants.

---

**ORDER RE: UNOPPOSED MOTION TO AMEND CAPTION**
(Docket No. 307)

---

THIS COURT, having reviewed Defendant Aspen Valley Hospital District's Unopposed Motion to Amend Caption, and being fully advised herein, FINDS AND ORDERS:

Defendant Aspen Valley Hospital District's Unopposed Motion is GRANTED. The caption in this matter is now and will read "Aspen Valley Hospital District" for "Aspen Valley Hospital, Inc."

DATED: July 14, 2005

BY THE COURT:

~~U.S. District Court Judge~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE