**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 99-CV-1763-REB-MJW

STEVEN NADLER, M.D.

Plaintiff,

v.

ASPEN VALLEY HOSPITAL, INC., et al.,

Defendants.

---

### MINUTE ORDER

The matter comes before the court on the following motions:

- Plaintiff's First Motion for Extension of Time to File Exhibits by Disk [#338], filed August 1, 2005; and

- Plaintiff's Motion to File Exhibits to Statement of Non-Confidential Documents on Disk [#361], filed August 10, 2005.

Said motions are **DENIED**. Counsel shall contact Chris Vagner, CM/ECF Project Manager at (303) 335-2009 for assistance in filing these exhibits under 5.H. of the ECF Procedures for the District of Colorado.

Dated:  August 10, 2005
-----------------------------------------------------------------------------------------------------------------