**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  99-cv-01763-REB-MJW

STEVEN NADLER, M.D.

    Plaintiff,

v.

ASPEN VALLEY HOSPITAL, INC.,
ASPEN EMERGENCY MEDICINE, PC,
J. STEVEN AYERS, DO,
JOHN ("BUD") GLISMAN, MD.,
ROBERT HUNTER, MD.,
CHRISTOPHER MARTINEZ, MD, and
ORTHOPEDIC ASSOCIATES OF ASPEN AND GLENWOOD SPRINGS, PC

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The parties have filed the following: **Stipulation of Dismissal, With Prejudice, of All Claims Against AEM Defendants** [#378], filed on August 23, 2005; and **Stipulation for Dismissal with Prejudice** [#380], filed on August 25, 2005.  After careful review of the stipulations and the file, the court has concluded that the stipulations should be approved and that plaintiff's claims against defendants, Aspen Emergency Medicine, PC, J. Steven Ayers, DO, John ("Bud") Glisman, MD, Robert Hunter, MD, Christopher Martinez, MD, and Orthopedic Associates of Aspen and Glenwood Springs, PC, should be dismissed with prejudice.

    **THEREFORE IT IS ORDERED** as follows:

    1. That the **Stipulation of Dismissal, With Prejudice, of All Claims Against AEM Defendants** [#378], filed on August 23, 2005; and **Stipulation for Dismissal with**

**Prejudice** [#380], filed on August 25, 2005 are **APPROVED**;

2. That plaintiff's claims against defendants, Aspen Emergency Medicine, PC, J. Steven Ayers, DO, John ("Bud") Glisman, MD, Robert Hunter, MD, Christopher Martinez, MD, and Orthopedic Associates of Aspen and Glenwood Springs, PC, are **DISMISSED WITH PREJUDICE**, each party to pay their own attorney fees and costs;

3. That any pending motion filed on behalf of these defendants is **DENIED** as moot; and

4. That defendants, Aspen Emergency Medicine, PC, J. Steven Ayers, DO, John ("Bud") Glisman, MD, Robert Hunter, MD, Christopher Martinez, MD, and Orthopedic Associates of Aspen and Glenwood Springs, PC, are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

Dated this 29th day of August, 2005, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge