**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  99-cv-01763-REB-MJW

STEVEN NADLER, M.D.

      Plaintiff,

v.

ASPEN VALLEY HOSPITAL, INC.,

      Defendant.

**ORDER OF DISMISSAL**

**Blackburn, J.**

The parties have filed a **Stipulation of Dismissal, With Prejudice, of All Claims Against AVH** [#383], on September 1, 2005.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and this action be dismissed with prejudice.

**THEREFORE IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal, With Prejudice, of All Claims Against AVH** [#383], on September 1, 2005, is **APPROVED**;

2. That this action is **DISMISSED WITH PREJUDICE**, each party to pay their own attorney fees and costs; and

3. That any pending motion is **DENIED** as moot.

Dated this 1st day of September, 2005, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Court